

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00051-CV

IN THE INTEREST OF M.H. AND D.H., CHILDREN

On Appeal from the 115th District Court
Marion County, Texas
Trial Court No. 1900160

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

MEMORANDUM OPINION

The appellants have filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted:     May 28, 2024
Date Decided:       May 29, 2024